JAMES M. BRADEN (SBN 102397)
LAW OFFICES OF JAMES M. BRADEN
44 MONTGOMERY STREET, SUITE 1210
SAN FRANCISCO, CA  94104

TELEPHONE: (415) 398-6865
FACSIMILE:  (415) 788-5605
EMAIL:         braden@sf-lawyer.com

Attorneys for Plaintiff Sharon Robinson

ROBERT TODD SULLWOLD (SBN 88139)
SULLWOLD & HUGHES
1999 HARRISON STREET, 18TH FLOOR
OAKLAND, CA 94612

TELEPHONE: (510) 496-4615
FACSIMILE: 415-762-5338
EMAIL: rts@greenstamps.com

Attorneys for Defendants Wells Fargo Advisors
    and Wells Fargo & Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARON ROBINSON, an individual<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO ADVISORS, a Delaware Limited Liability Company; WELLS FARGO & COMPANY, a Delaware corporation; and DOES 1-25 inclusive,<br><br>Defendants. | Case No. 4:15-CV-05304-HSG<br><br>STIPULATION AND ORDER REVISING BRIEFING SCHEDULE CONSISTENT WITH COURT'S CALENDARING OF NEW HEARING DATE ON DEFENDANT WELLS FARGO & COMPANY'S MOTION FOR SUMMARY JUDGMENT OR FOR STAY PENDING ARBITRATION<br><br>Date: June 30, 2016<br>Time:  2:00 PM<br>Courtroom: 15 on 18th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

1

**STIPULATION AND ~~PROPOSED~~ ORDER
REVISING BRIEFING SCHEDULE**

(1) On April 28, 2016, Plaintiff Sharon Robinson ("Robinson") and Defendant Wells Fargo & Company ("Wells Fargo") stipulated to a two-week continuance of the hearing on Wells Fargo's proposed Motion for Summary Judgment Or Motion for Stay Pending Arbitration, so that it would occur on June 16, 2016 instead of on June 2, 2016, at 2:00 P.M.  The Court, however, did not have an opening on the calendar for June 16, and thus on its own motion continued the hearing for two more weeks, to June 30, 2016, at 2:00 P.M.

(2) Robinson and Wells Fargo stipulated at the same time to a briefing schedule based upon an assumed June 16 hearing date.  In resetting the hearing to June 30, the Court said that "the parties may brief the motion on the schedule set forth in the stipulation."  The Court's expression apparently was permissive rather than mandatory.

(3) But regardless of which, the parties believe that it is permissible and appropriate to stipulate to, and ask the Court to agree to, a revised briefing schedule that is keyed to the June 30 hearing date, and that provides for the Court to have received full briefing by not less than 14 days before that date, consistent with Local Rule 7.  Thus the parties wish to modify their briefing schedule in a manner that is convenient for them and that will in no way prejudice the Court's ability to timely receive the full briefing.

(4) Accordingly, the parties stipulate that Wells Fargo shall file by not later than May 19, 2016 its Motion for Summary Judgment or its Motion for Stay Pending Arbitration, that Robinson shall file by not later than June 9, 2016 her Opposition to such Motion(s), that Wells Fargo shall file by not later than June 16, 2016 its Reply in support of such Motion(s), and that hearing on the Motion(s) shall take place on June 30, 2016 at 2:00 P.M before Judge Gilliam.

(5) These new dates are agreed notwithstanding the specific time rule for Opposition briefs set forth in Local Rule 7-2.  The parties' purpose is to provide Robinson one additional week, above the Local Rule 7-2 requirement of two weeks (14) days, as appropriate in light of

**STIPULATION AND ~~PROPOSED~~ ORDER
REVISING BRIEFING SCHEDULE**

2

the substantially greater than one week continuance that Wells Fargo has obtained to file its Motion(s).

     (6) Robinson and Wells Fargo request that the Court confirm this Stipulation by making it an Order of the Court, by signature on the next page.

Dated: April 29, 2016              LAW OFFICES OF JAMES M. BRADEN

                                    By:     /s/ James Braden
                                            James Braden

                                 Attorney for Plaintiff Sharon Robinson

Dated: April 29, 2016              SULLWOLD & HUGHES

                                  By:     /s/ Robert Todd Sullwold
                                         Robert Todd Sullwold

                                 Attorneys for Defendants Wells Fargo Advisors and Wells Fargo & Company

**ORDER**

GOOD CAUSE APPEARING,

The foregoing Stipulation of the parties is hereby made an Order of this Court.

Dated:  May 2, 2016

                                 HON. HAYWOOD S. GILLIAM, JR.

3

**STIPULATION AND ~~PROPOSED~~ ORDER REVISING BRIEFING SCHEDULE**