JAMES M. BRADEN (SBN 102397)
LAW OFFICES OF JAMES M. BRADEN
44 MONTGOMERY STREET, SUITE 1210
SAN FRANCISCO, CA  94104

TELEPHONE: (415) 398-6865
FACSIMILE:  (415) 788-5605
EMAIL:         braden@sf-lawyer.com

Attorneys for Plaintiff


ROBERT TODD SULLWOLD (SBN 88139)
SULLWOLD & HUGHES
1999 HARRISON STREET, 18TH FLOOR
OAKLAND, CA 94612

TELEPHONE: (510) 496-4615
FACSIMILE: 415-762-5338
EMAIL: rts@greenstamps.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARON ROBINSON, an individual<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO ADVISORS, a Delaware Limited Liability Company; WELLS FARGO & COMPANY, a Delaware corporation; WELLS FARGO BANK, National Association, and DOES 1-25 inclusive,<br><br>Defendants. | Case No. 4:15-CV-05304-HSG<br><br>STIPULATION AND ORDER CONTINUING HEARING DATE AND REVISING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Current Hearing Date: June 30, 2016<br>Proposed New Hearing Date: July 21, 2016<br>Time:  2:00 PM<br>Courtroom: 15 on 18th Floor<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

_____      1      _____
**STIPULATION AND** ~~**PROPOSED**~~ **ORDER**
**CONTINUING HEARING DATE ON MOTION**
**FOR SUMMARY JUDGMENT**

(1) Hearing on the Motion for Summary Judgment brought by Defendants Wells Fargo & Company and Wells Fargo Bank, National Association, is now set for Thursday, June 30, 2016.

(2) Plaintiff Sharon Robinson's Opposition to that Motion is now due to be filed by Thursday, June 9.  Defendants' Reply in support of their Motion is now due to be filed by Thursday, June 16.

(3) At the request of Plaintiff's counsel, and with the agreement of Defendants' counsel, the parties hereby stipulate that the hearing on Defendants' Motion shall be continued for three weeks, i.e. to Thursday, July 21.  The parties also stipulate that the additional three weeks of time before the hearing shall be allocated so that the Court is not prejudiced by any reduction in the two weeks it will have to review the completed papers, and that Plaintiff shall have two of those three weeks as extended time, and Defendants shall have one of those three weeks as extended time.

(4) Accordingly, the parties stipulate that Plaintiff's Opposition to the Motion shall be filed by Thursday, June 23, and that Defendants' Reply in support of their Motion shall be filed by Thursday, July 7.

(5) The parties request that the Court confirm this Stipulation by making it an Order of the Court, by signature on the next page.

Dated: June 6, 2016                LAW OFFICES OF JAMES M. BRADEN

                                   By:_____/s/ James Braden_____
                                            James Braden

                                   Attorney for Plaintiff Sharon Robinson

Dated: June 6, 2016                SULLWOLD & HUGHES

                                   By:  _____/s/_Robert Todd Sullwold_____
                                            Robert Todd Sullwold

_____2_____
**STIPULATION AND** ~~PROPOSED~~ **ORDER**
**CONTINUING HEARING DATE ON MOTION**
**FOR SUMMARY JUDGMENT**

Attorneys for Defendants Wells Fargo & Company
and Wells Fargo Bank, National Association

## **ORDER**

GOOD CAUSE APPEARING,

The foregoing Stipulation of the parties is hereby made an Order of this Court.

Dated: June 7 2016

*[signature]*

HON. HAYWOOD S. GILLIAM, JR.

_____3_____
**STIPULATION AND** ~~**PROPOSED**~~ **ORDER**
**CONTINUING HEARING DATE ON MOTION**
**FOR SUMMARY JUDGMENT**