JAMES M. BRADEN (SBN 102397)
LAW OFFICES OF JAMES M. BRADEN
44 MONTGOMERY STREET, SUITE 1210
SAN FRANCISCO, CA  94104

TELEPHONE: (415) 398-6865
FACSIMILE:  (415) 788-5605
EMAIL:         braden@sf-lawyer.com

Attorneys for Plaintiff


ROBERT TODD SULLWOLD (SBN 88139)
SULLWOLD & HUGHES
1999 HARRISON STREET, 18TH FLOOR
OAKLAND, CA 94612

TELEPHONE: (510) 496-4615
FACSIMILE: 415-762-5338
EMAIL: rts@greenstamps.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARON ROBINSON, an individual<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO ADVISORS, a Delaware Limited Liability Company; WELLS FARGO & COMPANY, a Delaware corporation; WELLS FARGO BANK, National Association, and DOES 1-25 inclusive,<br><br>Defendants. | Case No. 4:15-CV-05304-HSG<br><br>STIPULATION AND ORDER CONTINUING HEARING DATE AND REVISING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Current Hearing Date: July 21, 2016<br>Proposed New Hearing Date: Aug. 4, 2016<br>Time:  2:00 PM<br>Courtroom: 15 on 18th Floor<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

1

**STIPULATION AND** ~~**PROPOSED**~~ **ORDER**
**CONTINUING HEARING DATE ON MOTION**
**FOR SUMMARY JUDGMENT**

(1) Hearing on the Motion for Summary Judgment brought by Defendants Wells Fargo & Company and Wells Fargo Bank, National Association, is now set for Thursday, July 21, 2016.

(2) Plaintiff Sharon Robinson's Opposition to that Motion is now due to be filed by Thursday, June 23, 2016.  Defendants' Reply in support of their Motion is now due to be filed by Thursday, July 7, 2016.

(3) At the request of Plaintiff's counsel, and with the agreement of Defendants' counsel, the parties hereby stipulate that the hearing on Defendants' Motion shall be continued for two weeks, i.e. to Thursday, August 4, 2015.  The parties also stipulate that the additional two weeks of time before the hearing shall be allocated so that the Court is not prejudiced by any reduction in the two weeks it will have to review the completed papers, and that Plaintiff shall have 12 days of those two weeks as extended time, and Defendants shall have two days of those two weeks as extended time.

(4) Accordingly, the parties stipulate that Plaintiff's Opposition to the Motion shall be filed by Tuesday, July 5, 2016, and that Defendants' Reply in support of their Motion shall be filed by Thursday, July 21, 2016.

(5) The parties request that the Court confirm this Stipulation by making it an Order of the Court, by signature on the next page.

Dated: June 20, 2016                LAW OFFICES OF JAMES M. BRADEN

                                    By:_____/s/ James Braden_____
                                            James Braden

                                    Attorney for Plaintiff Sharon Robinson

Dated: June 20, 2016                SULLWOLD & HUGHES

                                    By: _____/s/_Robert Todd Sullwold_____
                                            Robert Todd Sullwold

_____2_____
**STIPULATION AND** ~~**PROPOSED**~~ **ORDER**
**CONTINUING HEARING DATE ON MOTION**
**FOR SUMMARY JUDGMENT**

Attorneys for Defendants Wells Fargo & Company
and Wells Fargo Bank, National Association

## **ORDER**

GOOD CAUSE APPEARING,

The foregoing Stipulation of the parties is hereby made an Order of this Court.

Dated: June 28, 2016

*/s/ Haywood S. Gilliam Jr.*

HON. HAYWOOD S. GILLIAM, JR.

---

**STIPULATION AND ~~PROPOSED~~ ORDER
CONTINUING HEARING DATE ON MOTION
FOR SUMMARY JUDGMENT**

3