1  ROBERT T. SULLWOLD (SBN 88139)
   JAMES A. HUGHES (SBN 88380)
2  SULLWOLD & HUGHES
   1999 Harrison Street, Suite 1800
3  Oakland, CA  94612
   (510) 496-4616
4  (415) 762-5338 FAX

5  Attorneys for Defendants
   WELLS FARGO ADVISORS, LLC
6  and WELLS FARGO & COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARON ROBINSON, an individual, | Case No.: 3:15-cv-05304-HSG |
| Plaintiff | **STIPULATION FOR ARBITRATION OF CLAIMS AGAINST WELLS FARGO ADVISORS, LLC; ORDER** |
| v. | |
| WELLS FARGO ADVISORS, LLC, a Delaware Limited Liability Company; WELLS FARGO & COMPANY, a Delaware corporation; and DOES 1-25, inclusive, | |
| Defendants. | |

Plaintiff Sharon Robinson ("Robinson") having executed written agreements when she opened her brokerage accounts with defendant Wells Fargo Advisors, LLC ("WFA") providing that all controversies and disputes between her and WFA shall be determined by binding arbitration conducted before the Financial Industry Regulatory Authority ("FINRA"),

IT IS HEREBY STIPULATED by the parties hereto, through their respective counsel of record, as follows:

1. All of the claims alleged in the Complaint against WFA (the "WFA Claims") are referred to binding arbitration before FINRA;

2. Further judicial proceedings on the WFA Claims are stayed pending arbitration;

3. Robinson shall commence arbitration proceedings before FINRA within six months of the date hereof; if she fails to do so, she consents to dismissal of this action against WFA with

prejudice.

4. This Stipulation does not apply to the claims in this case that are made against defendant Wells Fargo & Company, which is not a FINRA member.

DATED: April 20, 2016                    LAW OFFICES OF JAMES M. BRADEN

By:     /s/ James M. Braden
James M. Braden
Attorneys for Plaintiff
SHARON ROBINSON

DATED: April 20, 2016                    SULLWOLD & HUGHES

By:     /s/ Robert T. Sullwold
Robert T. Sullwold
Attorneys for Defendants
WELLS FARGO ADVISORS, LLC
and WELLS FARGO & COMPANY

ORDER

Having considered the foregoing Stipulation for Arbitration of Claims against Wells Fargo Advisors, LLC, and good cause appearing therefor, IT IS SO ORDERED.

DATED: 10/5/2016

_____
United States District Judge