```
1    ROBERT T. SULLWOLD (SBN 88139)
     JAMES A. HUGHES (SBN 88380)
2    SULLWOLD & HUGHES
     1999 Harrison Street, Suite 1800
3    Oakland, CA  94612
     (510) 496-4616
4    (415) 762-5338 FAX

5    Attorneys for Defendants
     WELLS FARGO ADVISORS, LLC,
6    WELLS FARGO & COMPANY.
     and WELLS FARGO BANK, N.A.
7
```

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  SHARON ROBINSON, an individual, | Case No.: 4:15-cv-05304-HSG |
| 12           Plaintiff | |
| 13       v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION;** |
| 14  WELLS FARGO ADVISORS, LLC, a Delaware Limited Liability Company; WELLS FARGO | **ORDER** |
| 15  & COMPANY, a Delaware corporation; WELLS FARGO BANK, National Association, and | |
| 16  DOES 1-25, inclusive, | |
| 17           Defendants. | |

19       WHEREAS, this action was filed on November 19, 2015 by plaintiff Sharon Robinson;
20  and
21       WHEREAS, on October 5, 2016, upon stipulation by the parties, this Court referred
22  plaintiff's claims against Wells Fargo Advisors, LLC to binding arbitration before the Financial Industry
23  Regulatory Association and ordered plaintiff to commence arbitration proceedings within six months;
24  and
25       WHEREAS, plaintiff did not commence arbitration proceedings within six months and
26  thereby waived her claims against Wells Fargo Advisors, LLC; and
27       WHEREAS, on December 15, 2016, this Court granted the motion for summary
28  judgment made by defendants Wells Fargo & Company and Wells Fargo Bank, N.A.; and

WHEREAS, there are no claims against any defendant remaining to be litigated,

NOW, THEREFORE, IT IS STIPULATED by the parties hereto, through their respective counsel of record, that this entire action may be dismissed with prejudice.

DATED: February 1, 2018         LAW OFFICES OF JAMES M. BRADEN

By:   /s/ James M. Braden
James M. Braden
Attorneys for Plaintiff
SHARON ROBINSON

DATED: February 1, 2018         SULLWOLD & HUGHES

By:   /s/ Robert T. Sullwold
Robert T. Sullwold
Attorneys for Defendants
WELLS FARGO ADVISORS, LLC,
WELLS FARGO & COMPANY
and WELLS FARGO BANK, N.A.

## ORDER

Having considered the foregoing stipulation, and good cause appearing therefor, IT IS ORDERED that this entire action is dismissed with prejudice.

DATED: 2/12/2019

*Haywood S. Gilliam Jr.*
United States District Judge